

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-13-00807-CR

Marlo Edmundo **MUJICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2756
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to October 10, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court